B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Idaho

In re    **CNCPros International, Inc.**            Case No.    **15-00152**

Debtor(s)        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| August Steinmeyer, GmbH&Co.K Lockbox 12071 130 Clinton Rd Ste. 102 Fairfield, NJ 07004 | August Steinmeyer, GmbH&Co.K Lockbox 12071 130 Clinton Rd Ste. 102 Fairfield, NJ 07004 | Materials/ replacement parts (Ballscrews) (Big Vendor) | | 13,245.00 |
| Bijur Delimon International PO Box 74727 Cleveland, OH 44794 | Bijur Delimon International PO Box 74727 Cleveland, OH 44794 | Materials | | 4,689.65 |
| C.O.R Aircraft Supply 10556 Ilex Ave Pacoima, CA 91331 | C.O.R Aircraft Supply 10556 Ilex Ave Pacoima, CA 91331 | Materials | | 4,940.00 |
| Dykman Electrical, Inc 2323 Federal Way Boise, ID 83705 | Dykman Electrical, Inc 2323 Federal Way Boise, ID 83705 | Materials | | 7,645.00 |
| Dynatect Manufacturing, Inc Box 88709 Milwaukee, WI 83288-0709 | Dynatect Manufacturing, Inc Box 88709 Milwaukee, WI 83288-0709 | Materials | | 12,498.00 |
| FedEx P.O. Box 94515 Palatine, IL 60094-4515 | FedEx P.O. Box 94515 Palatine, IL 60094-4515 | Shipping company | | 7,716.62 |
| Glentek 208 Stand St. El Segundo, CA 90245 | Glentek 208 Stand St. El Segundo, CA 90245 | Materials/ Motors | | 4,836.25 |
| Haas Automation c/o Buchalter Nemer, PC 100 WilshireBlvd #1500 Los Angeles, CA 90017 | Haas Automation c/o Buchalter Nemer, PC 100 WilshireBlvd #1500 Los Angeles, CA 90017 | Judgment entered in District Court, Central District of CA, $755,000. ADDITIONAL $550,000 in fees and costs awarded since original entry. | | 1,305,000.00 |
| HRW Manufacturing 3719 Lake Ave Caldwell, ID 83605 | HRW Manufacturing 3719 Lake Ave Caldwell, ID 83605 | Materials | | 5,160.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **CNCPros International, Inc.**                                          Case No.   **15-00152**
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Hyundai-WIA Machine America<br>265 Spring Lake Dr.<br>Itasca, IL 60143 | Hyundai-WIA Machine America<br>265 Spring Lake Dr.<br>Itasca, IL 60143 | Tools & Materials | | 9,308.94 |
| Ipsum Manufacturing<br>PO Box 101004<br>Atlanta, GA 30392-1004 | Ipsum Manufacturing<br>PO Box 101004<br>Atlanta, GA 30392-1004 | Materials | | 9,570.00 |
| LSIDAHO, Inc.<br>PO Box 15482<br>Boise, ID 83715 | LSIDAHO, Inc.<br>PO Box 15482<br>Boise, ID 83715 | Shipping broker | | 4,432.32 |
| Numatic Engineering<br>PO Box 17933<br>Los Angeles, CA 90017 | Numatic Engineering<br>PO Box 17933<br>Los Angeles, CA 90017 | Materials/ replpacement parts | | 4,136.20 |
| OMNI Vision<br>2000 Bloomingdale Rd<br>Unit 245-250<br>Glendale Heights, IL 60139 | OMNI Vision<br>2000 Bloomingdale Rd<br>Unit 245-250<br>Glendale Heights, IL 60139 | Materials (big vendor of ours) Replacement parts | | 10,080.00 |
| Phase Technologies, LLC<br>3620 Homestead St<br>Rapid City, SD 57703 | Phase Technologies, LLC<br>3620 Homestead St<br>Rapid City, SD 57703 | Materials/ replacement parts (big vendor of ours) | | 7,882.00 |
| Procon Products<br>PO Box 533249<br>Charlotte, NC 28290-3249 | Procon Products<br>PO Box 533249<br>Charlotte, NC 28290-3249 | Materials | | 8,681.40 |
| RG Systems Cable, Inc.<br>255 N 950 W<br>Ste. A7<br>Van Nuys, CA 91406 | RG Systems Cable, Inc.<br>255 N 950 W<br>Ste. A7<br>Van Nuys, CA 91406 | Materials/ replacement parts | | 12,825.40 |
| Selway Machine<br>6200 Artesia Blvd<br>Buena Park, CA 90620 | Selway Machine<br>6200 Artesia Blvd<br>Buena Park, CA 90620 | Materials | | 41,469.50 |
| SME<br>PO Box 6028<br>La Vernia, TX 78121-6028 | SME<br>PO Box 6028<br>La Vernia, TX 78121-6028 | Material | | 5,800.00 |
| Washington Trust Bank<br>PO Box 2127<br>Spokane, WA 99210-2127 | Washington Trust Bank<br>PO Box 2127<br>Spokane, WA 99210-2127 | Business expense for FHD. Debtor is the guarantor. Debtor does not have final accounting of amount owed after WA Trust's offsets. Amount is estimat | | 300,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **CNCPros International, Inc.**                            Case No.   **15-00152**
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
## (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date      3|26|15                    Signature                                      
**Brian Denny**
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.