B6B (Official Form 6B) (12/07)

In re  **CNCPros International, Inc.**                                              Case No.   **15-00152**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking: Key Bank<br>Account no.:xxx9685<br>DIP Account<br>(Balance as of 2/28/15) | - | 87,729.00 |
| | | | Checking: KeyBank<br>Account no.xxx9693<br>DIP Account<br>(Balance of 2/28/15) | - | 3,227.00 |
| | | | Checking: Washington Trust Bank<br>Account no.xxx6409<br>(Balance as of 2/28/15) | - | 0.00 |
| | | | Checking: Washington Trust Bank<br>Account no.xxx3148<br>(Balance as of 2/28/15) | - | 1,585.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | |
| 6. | Wearing apparel. | | | | |
| 7. | Furs and jewelry. | | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | | | |

                                                                               Sub-Total >         **92,541.00**
                                                                               (Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **CNCPros International, Inc.**, Case No. **15-00152**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issuer. | | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | | | |
| 16. Accounts receivable. | | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | | | |

Sub-Total >     **0.00**
(Total of this page)

Sheet **1** of **3** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **CNCPros International, Inc.**  ,  Case No. __**15-00152**__
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Dodge Ram 2500** | - | 20,700.00 |
| | | **2000 Itasca motorhome** | - | 14,498.00 |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | | | |
| 31. Animals. | | | | |
| 32. Crops - growing or harvested. Give particulars. | | | | |

Sub-Total >   **35,198.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **CNCPros International, Inc.**  ,  Case No. __**15-00152**__
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

Sub-Total >        0.00
(Total of this page)
Total >    127,739.00

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **CNCPros International, Inc.**, Debtor

Case No. **15-00152**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3713**<br><br>**Allied Electronics**<br>**PO Box 2325**<br>**Fort Worth, TX 76113** | | - | 2014/2015<br>Materials/ replacement parts | | | | 1,502.25 |
| Account No.<br><br>**Arnold Publications**<br>**16835 Algonquin St Ste. 158**<br>**Huntington Beach, CA 92649** | | - | 2014/2015<br>Advertising | | | | 1,800.00 |
| Account No.<br><br>**Arrow Electronic Components**<br>**PO Box 742772**<br>**Los Angeles, CA 90074** | | - | 2014/2015<br>Materials/ replacement parts | | | | 472.71 |
| Account No.<br><br>**ASI**<br>**272 SW 5th**<br>**Meridian, ID 83642** | | - | 2014-2015<br>intercompany loan for parts purchase assistance | | | | 121,713.93 |

__15__ continuation sheets attached

Subtotal (Total of this page): **125,488.89**

B6F (Official Form 6F) (12/07) - Cont.

In re **CNCPros International, Inc.**,
Debtor

Case No. **15-00152**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4678<br><br>August Steinmeyer, GmbH&Co.K<br>Lockbox 12071<br>130 Clinton Rd Ste. 102<br>Fairfield, NJ 07004 | - | | 2014/2015<br>Materials/ replacement parts (Ballscrews)<br>(Big Vendor) | | | | 13,245.00 |
| Account No. xx8215<br><br>Bank of America<br>P.O. Box 15796<br>Wilmington, DE 19886-5796 | - | | 2014/2015<br>Credit Card | | | | 220.45 |
| Account No. xx4181<br><br>Bijur Delimon International<br>PO Box 74727<br>Cleveland, OH 44794 | - | | 2014/2015<br>Materials | | | | 4,689.65 |
| Account No.<br><br>BLYTHECO<br>23161 Mill Creek Dr Ste. 200<br>Laguna Hills, CA 92653 | - | | 2014/2015<br>Paid with credit card on 2/20/15 | | | | 43.75 |
| Account No.<br><br>Brian Denny<br>1582 Bamble Lane<br>Meridian, ID 83642 | - | | 2014/2015<br>Rent | | | | 3,380.99 |

Sheet no. **1** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  21,579.84

B6F (Official Form 6F) (12/07) - Cont.

In re **CNCPros International, Inc.**, Debtor

Case No. **15-00152**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx3388<br><br>Buchanan Automation, Inc.<br>PO Box 1249<br>Snohomish, WA 98291 | - | | 2014/2015<br>Materials | | | | 205.00 |
| Account No.<br><br>C.O.R Aircraft Supply<br>10556 Ilex Ave<br>Pacoima, CA 91331 | - | | 2014/2015<br>Materials | | | | 4,940.00 |
| Account No.<br><br>Chase<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | - | | 2014/2015<br>Credit Card | | | | 8,441.62 |
| Account No. xxxx0668<br><br>Chase<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | - | | 2014/2015<br>Credit Card | | | | 825.33 |
| Account No. xxxx4062<br><br>Chase<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | - | | 2014/2015<br>Credit Card | | | | 21,429.52 |

Sheet no. __2__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 35,841.47

B6F (Official Form 6F) (12/07) - Cont.

In re **CNCPros International, Inc.**, Debtor

Case No. **15-00152**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8380**<br><br>Chase<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | | - | 2014/2015<br>Credit Card | | | | 2,413.94 |
| Account No. **xxxx5541**<br><br>Chase<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | | - | 2014/2015<br>Credit Card | | | | 11,992.91 |
| Account No. **CNC Pros**<br><br>Commercial Tire<br>PO Box 970<br>Meridian, ID 83680 | | - | 2014/2015<br>Vehicle work, oil change, tires, inspections, ect. | | | | 515.12 |
| Account No. **xxx-xxxxxx-xx0000**<br><br>Con-way Freight<br>PO Box 5160<br>Portland, OR 97208-5160 | | - | 2014/2015<br>Shipping company | | | | 29.44 |
| Account No. **CNC Pros**<br><br>Cortera, Inc.<br>One Pine Hill Dr. Ste. 300<br>Quincy, MA 02169 | | - | 2014/2015<br>Company we use for credit checks | | | | 111.00 |

Sheet no. **3** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **15,062.41**

B6F (Official Form 6F) (12/07) - Cont.

In re  **CNCPros International, Inc.**,
Debtor

Case No. __15-00152__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Custom Fluid Power<br>16083 N Franklin BLVD Ste. 1<br>Nampa, ID 83687 | | - | 2014/2015<br>Materials purchased | | | | 1,610.99 |
| Account No.<br>Demill Works<br>4454 E. Salmon River St.<br>Nampa, ID 83686 | | - | 2014/2015<br>Materials | | | | 2,009.85 |
| Account No.<br>Direct TV<br>PO Box 60036<br>Los Angeles, CA 90060-0036 | | - | 2014/2015<br>Internet service & Cable service | | | | 198.39 |
| Account No.<br>Dykman Electrical, Inc<br>2323 Federal Way<br>Boise, ID 83705 | | - | 2014/2015<br>Materials | | | | 7,645.00 |
| Account No. xxx3988<br>Dynatect Manufacturing, Inc<br>Box 88709<br>Milwaukee, WI 83288-0709 | | - | 2014/2015<br>Materials | | | | 12,498.00 |

Sheet no. __4__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **23,962.23**

B6F (Official Form 6F) (12/07) - Cont.

In re **CNCPros International, Inc.**, Case No. **15-00152**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Ebay<br>unknown | | - | 2014/2015<br>Materials we purchase (paid on 10/21/14) | | | | 400.00 |
| Account No. xxxxMER1<br>Eledirect<br>6311 Induction Corporate Dr.<br>Sanborn, NY 14132 | | - | 2014/2015<br>Materials purchased | | | | 26.45 |
| Account No.<br>Ellsworth Adhesives<br>W129 N10825 Washington Dr.<br>Germantown, WI 53022 | | - | 2014/2015<br>Materials purchased | | | | 1,077.12 |
| Account No.<br>Encoder Products Company<br>PO Box 249<br>Sagle, ID 83860 | | - | 2014/2015<br>Materials purchased | | | | 1,809.00 |
| Account No.<br>Envirotech<br>11624 W President Dr.<br>Boise, ID 83713 | | - | 2014/2015<br>Materials purchased | | | | 1,282.00 |

Sheet no. **5** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,594.57**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **CNCPros International, Inc.**,  Case No. **15-00152**
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>FedEx<br>P.O. Box 94515<br>Palatine, IL 60094-4515 | - | | 2014/2015<br>Shipping company | | | | 7,716.62 |
| Account No.<br>Glentek<br>208 Stand St.<br>El Segundo, CA 90245 | - | | 2014/2015<br>Materials/ Motors | | | | 4,836.25 |
| Account No.<br>GMSI Group, Inc.<br>17 Town Forrest Rd<br>Oxford, MA 01540 | - | | 2014/2015<br>Materials | | | | 1,536.00 |
| Account No.<br>Go Daddy<br>14455 North Hayden Rd.<br>Suite 219<br>Scottsdale, AZ 85260 | - | | 2014/2015<br>Advertising | | | | 64.98 |
| Account No.<br>Grainger<br>PO Box 419267<br>Kansas City, MO 64141 | - | | 2014/2015<br>Materials & tools | | | | 1,008.94 |

Sheet no. **6** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  15,162.79

B6F (Official Form 6F) (12/07) - Cont.

In re **CNCPros International, Inc.** , Case No. **15-00152**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Health Preservation Waters<br>10718 W Executive Dr<br>Boise, ID 83713-8936 | | - | 2014/2015<br>Water | | | | 26.35 |
| Account No. CNC Pros<br>Hooper Cornell, PLLC<br>250 Bobwhite Court, Ste. 300<br>Boise, ID 83706 | | - | 2014/2015<br>Accountant | | | | 73.20 |
| Account No. CNC Pros<br>HRW Manufacturing<br>3719 Lake Ave<br>Caldwell, ID 83605 | | - | 2014/2015<br>Materials | | | | 5,160.00 |
| Account No. CNC Pros<br>Hyundai-WIA Machine America<br>265 Spring Lake Dr.<br>Itasca, IL 60143 | | - | 2014/2015<br>Tools & Materials | | | | 9,308.94 |
| Account No.<br>Idaho Power<br>P.O. Box 34966<br>Seattle, WA 98124-1966 | | - | 2014/2015<br>Power bill | | | | 1,483.08 |

Sheet no. **7** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 16,051.57

B6F (Official Form 6F) (12/07) - Cont.

In re  **CNCPros International, Inc.**  ,  Case No. __15-00152__
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Igus, Inc<br>PO Box 14349<br>East Providence, RI 02914 | | - | 2014/2015<br>Materials | | | | 258.10 |
| Account No.<br><br>Integra<br>PO Box 2966<br>Milwaukee, WI 53201-2966 | | - | 2014/2015<br>Telephone company/ our phone system | | | | 362.32 |
| Account No.<br><br>Intermountain Gas Co.<br>P.O. Box 64<br>Boise, ID 83732 | | - | 2014/2015<br>Gas company | | | | 203.61 |
| Account No.<br><br>Interstate Plastics<br>2201 S. Centurion Pl.<br>Boise, ID 83709 | | - | 2014/2015<br>Materials | | | | 604.58 |
| Account No.<br><br>Ipsum Manufacturing<br>PO Box 101004<br>Atlanta, GA 30392-1004 | | - | 2014/2015<br>Materials | | | | 9,570.00 |

Sheet no. __8__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  10,998.61

B6F (Official Form 6F) (12/07) - Cont.

In re **CNCPros International, Inc.**, Debtor

Case No. **15-00152**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Lacy Stith<br>3015 W. Stewart Ave<br>Boise, ID 83702 | | - | 2014/2015<br>Subcontractor labor<br>*weekly cleaning of building | | | | 75.00 |
| Account No.<br>Leading Edge Machine<br>3390 A Layne Rd<br>Kimberly, ID 83341 | | - | 2014/2015<br>Material | | | | 1,143.35 |
| Account No.<br>LSIDAHO, Inc.<br>PO Box 15482<br>Boise, ID 83715 | | - | 2014/2015<br>Shipping broker | | | | 4,432.32 |
| Account No.<br>Mail Chimp<br>512 Means Street<br>Ste. 404<br>Atlanta, GA 30313 | | - | 2014/2015<br>Advertising | | | | 65.00 |
| Account No. xx2817<br>McGuire Bearing<br>947 SE Market St.<br>Portland, OR 97214 | | - | 2014/2015<br>Materials/ replacement parts | | | | 4,023.00 |

Sheet no. **9** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **9,738.67**

B6F (Official Form 6F) (12/07) - Cont.

In re **CNCPros International, Inc.**, Debtor

Case No. **15-00152**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx3700<br><br>McMaster Carr<br>9630 Norwalk BLVD<br>Santa Fe Springs, CA 90670 | | - | 2014/2015<br>Materials/ replacement parts | | | | 46.90 |
| Account No. xx7769<br><br>Motion & Flow Control Produc<br>8432 Solution Center<br>Chicago, IL 60677-8004 | | - | 2014/2015<br>Materials/ replacement parts | | | | 13.32 |
| Account No. xxxx59 01<br><br>Motion Industries, Inc.<br>PO Box 504606<br>Saint Louis, MO 63150 | | - | 2014/2015<br>Materials/ replacement parts | | | | 152.88 |
| Account No.<br><br>Mountain State Security Syst<br>PO Box 190064<br>Boise, ID 83719 | | - | 2014/2015<br>Security system (this has not been canceled) | | | | 240.00 |
| Account No.<br><br>Mouser Electronics, Inc.<br>PO Box 99319<br>Fort Worth, TX 76199 | | - | 2014/2015<br>Materials/ repacement parts | | | | 145.30 |

Sheet no. **10** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    598.40

B6F (Official Form 6F) (12/07) - Cont.

In re **CNCPros International, Inc.**,
Debtor

Case No. **15-00152**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>MRC Corp<br>3718 E Newby St<br>Ste. 102<br>Nampa, ID 83687 | - | | 2014/2015<br>Materials/ replacement parts | | | | 994.00 |
| Account No.<br>Numatic Engineering<br>PO Box 17933<br>Los Angeles, CA 90017 | - | | 2014/2015<br>Materials/ replpacement parts | | | | 4,136.20 |
| Account No.<br>Office Depot<br>P.O. Box 689020<br>Des Moines, IA 50368-9020 | - | | 2014/2015<br>Office supplies | | | | 238.47 |
| Account No.<br>OMNI Vision<br>2000 Bloomingdale Rd<br>Unit 245-250<br>Glendale Heights, IL 60139 | - | | 2014/2015<br>Materials (big vendor of ours)<br>Replacement parts | | | | 10,080.00 |
| Account No.<br>Pacific Backflow, LLC.<br>1735 W Franklin Rd, Ste. 145<br>Meridian, ID 83642 | - | | 2014/2015<br>Materials/ replacement parts | | | | 27.50 |

Sheet no. **11** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **15,476.17**

B6F (Official Form 6F) (12/07) - Cont.

In re **CNCPros International, Inc.** , Case No. **15-00152**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxC004**  **Phase Technologies, LLC**  3620 Homestead St  Rapid City, SD 57703 | | - | 2014/2015  Materials/ replacement parts (big vendor of ours) | | | | 7,882.00 |
| Account No.  **Procon Products**  PO Box 533249  Charlotte, NC 28290-3249 | | - | 2014/2015  Materials | | | | 8,681.40 |
| Account No. **CNC Pros**  **Redpoint Machine**  255 N 950 W  Ste. A7  Logan, UT 84321 | | - | 2014/2015  Tools & Materials | | | | 616.95 |
| Account No. **463**  **RG Systems Cable, Inc.**  255 N 950 W  Ste. A7  Van Nuys, CA 91406 | | - | 2014/2015  Materials/ replacement parts | | | | 12,825.40 |
| Account No. **CNC Ptos Inc.**  **Right Now**  212 Evans St  Caldwell, ID 83605 | | - | 2014/2015  Heating & air company  Service heating & air | | | | 1,980.00 |

Sheet no. __12__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 31,985.75

B6F (Official Form 6F) (12/07) - Cont.

In re  **CNCPros International, Inc.**, Case No. **15-00152**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx5650<br><br>Selway Machine<br>6200 Artesia Blvd<br>Buena Park, CA 90620 | | - | 2014/2015<br>Materials | | | | 41,469.50 |
| Account No.<br><br>SEN Technologies<br>6200 Artesia BLVD<br>Boise, ID 83719 | | - | 2014/2015<br>Weekly computer service<br>Tech for our computers | | | | 866.25 |
| Account No.<br><br>Sequoia CNC<br>272 SW 5th<br>Meridian, ID 83642 | | - | 2013<br>CNCPros portion of the building purchase for real property on 5th Street in Meridian | | | | 109,801.07 |
| Account No.<br><br>SME<br>PO Box 6028<br>La Vernia, TX 78121-6028 | | - | 2014/2015<br>Material | | | | 5,800.00 |
| Account No.<br><br>Steelhead Metal Corp.<br>PO Box 336<br>Nampa, ID 83653 | | - | 2014/2015<br>Materials | | | | 210.00 |

Sheet no. **13** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 158,146.82

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **CNCPros International, Inc.**, Case No. **15-00152**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>THB, Inc.<br>95 North 400 West<br>North Salt Lake, UT 84054 | | - | 2014/2015<br>Materials | | | | 12.74 |
| Account No.<br>Treasure Valley Coffee, Inc<br>11875 President Dr.<br>Boise, ID 83713 | | - | 2014/2015<br>Coffee for building | | | | 82.79 |
| Account No.<br>U.S. Office and Industrial<br>PO Box 7612<br>Van Nuys, CA 91409-7612 | | - | 2014/2015<br>Materials | | | | 1,337.28 |
| Account No. xxx2500<br>Uline<br>2200 S Lakeside Dr.<br>Waukegan, IL 60085 | | - | 2014/2015<br>Materials/ supplies | | | | 1,478.28 |
| Account No.<br>UPS Supply Chain Solutions<br>PO Box 34486<br>Louisville, KY 40232 | | - | 2014/2015<br>Shipping materials | | | | 523.62 |

Sheet no. **14** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 3,434.71

B6F (Official Form 6F) (12/07) - Cont.

In re  **CNCPros International, Inc.**                                               Case No.   **15-00152**
                                               Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx1597**<br>**US Digital Corporation**<br>**1400 NE 136th Ave**<br>**Vancouver, WA 98694** | | - | 2014/2015<br>Materials | | | | 2,109.90 |
| Account No.<br>**Western Records Destruction**<br>**1990 S Cole Rd**<br>**Boise, ID 83709** | | - | 2014/2015<br>Company that destroys private documents | | | | 42.00 |
| Account No.<br>**White Brokerage**<br>**4401 N Barker Rd**<br>**Spokane Valley, WA 99027** | | - | 2014/2015<br>Shipping/ Transportation | | | | 3,200.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **15** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **5,351.90**

Total (Report on Summary of Schedules)   **493,474.80**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy